IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEVIN BARFIELD, 185340, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:11-cv-1114-TMH |
|  | ) [wo] |
| STATE OF ALABAMA, et al., | ) |
| Defendants. | ) |

**OPINION and ORDER**

On January 18, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. No. 6). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that the motion for preliminary injunction filed by the Plaintiff is DENIED and this case be and is hereby referred back to the Magistrate Judge for additional proceedings.

DONE this 27th day of February, 2012.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
UNITED STATES DISTRICT JUDGE