IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEVIN BARFIELD, 185340, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.  2:11-cv-1114-TMH |
| ) | [wo] |
| STATE OF ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On January 18, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. No. 5).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, that Plaintiff's complaint against the State of Alabama is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (iii), the State of Alabama is DISMISSED as a defendant in this cause of action, the Plaintiff's regarding alleged violations of other inmate's constitutional rights are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii), and that this case be referred back to the undersigned for additional proceedings with respect to the remaining claims for relief against Gary Hetzel.

DONE this 5th day of March, 2012.

/s/ Truman M. Hobbs

_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE