IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEVIN BARFIELD, #185340, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO. 2:11cv-1114-WHA |
| | ) |
| GARY HETZEL, | )   (WO) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #46), entered on January 29, 2015.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The Defendant's Motion for Summary Judgment is GRANTED.

2. Judgment is GRANTED in favor of Defendant Hetzel.

3. This case is DISMISSED with prejudice.

4. Costs are taxed against the Plaintiff.

5. Final Judgment will be entered in accordance with this order.

DONE this 23RD day of February, 2015.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE