IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KEVIN BARFIELD, #185340, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:11cv-1114-WHA |
| | ) | |
| GARY HETZEL, | ) | (WO) |
| | ) | |
| Defendant. | ) | |

# FINAL JUDGMENT

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendant, and against the Plaintiff, Kevin Barfield, and this case is DISMISSED with prejudice. Costs are taxed against the Plaintiff.

DONE this 23rd day of February, 2015.

/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE